**STATE of Texas et al., Appellants, v. M. L. THORNTON et al., Appellees. (No. 7369.)**

Court of Civil Appeals of Texas. Austin.
July 20, 1929.

E. M. Grimes, Jr., of Georgetown, for appellants.

Jas. B. Hubbard and E. C. Zellner, both of Belton, for appellees.

McCLENDON, J. This suit was brought by the county attorney of Williamson county, in the name of the state (under Rev. St. 1925, art. 4669) and Williamson county, against the tax collector of Bell county and his deputies, to enjoin the registration in Bell county of motor vehicles belonging to residents of Williamson county. The suit was brought in Williamson county, and removed on plea of privilege to Bell county, where it was prosecuted by the county attorney of Williamson county to final judgment, awarding the injunction as prayed for. No appeal was taken, and after the term of court and the time for review by appeal on writ of error had expired, defendants moved to set aside the judgment, on the ground that it had been rendered upon an erroneous construction of the motor vehicle registration statute. Rev. St. 1925, art. 6675 et seq., as amended by chapter 211, § 1, subd. (d), Acts 40th Legislature.

The Attorney General took no part in the case, either in the court below or on appeal, and this court, after submission of the case and upon our own motion (in view of article 4395, Rev. St. 1925), notified the Attorney General of the pendency of the appeal, and has held the cause under submission pending a decision by the Attorney General of the action he would take in the case. In the meantime the motor vehicle registration statutes have been amended (H. B. No. 6, Second Called Session 41st Legislature, c. 88), effective January 1, 1930, and it is manifest that, before final action could be taken in the case by the Supreme Court, the issues involved would become moot. This the appellants recognize, and have moved that the appeal be dismissed.

The motion is granted, and the appeal dismissed.

Motion granted; appeal dismissed.

**TEXAS & PACIFIC RAILWAY COMPANY, Appellant, v. J. A. BUFKIN et al. Appellees. (No. 599.)**

Court of Civil Appeals of Texas. Eastland.
Sept. 20, 1929.

Douthit, Mays & Perkins, of Sweetwater, for appellant.

C. F. Sentell and J. M. Harris, both of Snyder, for appellees.

LESLIE, J. This is a companion case to that of Texas & Pacific Railway Co. v. J. A. Bufkin, decided by this court July 12th, 1929, opinion reported in 19 S.W.(2d) 343. The instant suit grows out of a shipment of live stock over the same carriers, but at a different time, and involves a different time of arrival at destination, but the acts of negligence complained of are substantially the same. A comparison of the records and the briefs in the respective cases discloses that the same propositions of law are advanced by the appellant in each case, and appellee has not answered these propositions by submitting any brief of the questions raised. The controlling propositions were fully discussed in the opinion in the former case, and what was there said is equally applicable in the disposition of the questions of law presented here.

For the reasons there assigned for reversing the judgment of the trial court in the earlier case, the judgment of the trial court in the instant case is reversed, and the cause remanded for another trial. It is so ordered.